United States District Court
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9    In Re.                                    No. C 13-2936 SI (pr)

10   HAROLD K. SUTTON,                         **ORDER OF DISMISSAL**

11              Plaintiff.

12   _____/

13

14

15        Plaintiff sent to the court a letter complaining about conditions of confinement at the

16   California State Prison - Los Angeles, where is incarcerated.  In an effort to protect his rights,

17   a new action was opened and the letter was filed on June 26, 2013.  Plaintiff was informed that

18   he had not filed a complaint, and was given 28 days to do so or the action would be dismissed.

19   He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in*

20   *forma pauperis*, and was given 28 days to either pay the fee or file the application or the action

21   would be dismissed.  Pursuant to plaintiff's request, the clerk sent him an extra copy of the form

22   complaint and the *in forma pauperis* application on August 22, 2013.  Plaintiff sent another letter

23   (Docket # 7) complaining about problems he had at his prison, but that letter was not the

24   complaint he had been directed to file if he wanted to pursue a civil rights action.[1]  More than

25   thirty days have passed, and plaintiff has not filed a complaint and has not filed an *in forma*

26   *pauperis* application or paid the filing fee.  This action therefore is DISMISSED without

27   prejudice.

28
_____
     [1]If plaintiff wants to attempt to obtain judicial relief for conditions of confinement at the
California State Prison - Los Angeles, he should file a civil rights complaint rather than send a
letter to the court.  Also, he should file that complaint in the U.S. District Court for the Central
District of California as that is the proper venue for a complaint about that prison.

1    No fee is due.  The clerk shall close the file.

2    IT IS SO ORDERED.

3    Dated: October 10, 2013                    _____

                                               SUSAN ILLSTON
4                                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California