1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8
9   In Re.                              No. C 13-2936 SI (pr)
10   HAROLD K. SUTTON,                   **JUDGMENT**
11          Plaintiff.
12   _____/
13
14
15      This action is dismissed without prejudice.
16
17      IT IS SO ORDERED AND ADJUDGED.
18
19   Dated: October 10, 2013            _____
                                        SUSAN ILLSTON
20                                      United States District Judge
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California