UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                               No. C 13-2936 SI (pr)

HAROLD K. SUTTON,                          **JUDGMENT**

       Plaintiff.

_____/

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 10, 2013                         _____
                                                                     SUSAN ILLSTON
                                                              United States District Judge